# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEPHANIE SPILOTRO,

    Plaintiff(s),

v.

C.R. BARD, INC., et al.,

    Defendant(s).

Case No.: 2:19-cv-01586-JAD-NJK

**ORDER**

This case was recently transferred to this Court from MDL proceedings taking place in the District of Arizona. Pending before the Court is the parties' joint status report. Docket No. 16.[1] The Court hereby **ORDERS** as follows:

First, the parties must meet-and-confer regarding the age of Ms. Spilotro's charge. No later than October 18, 2019, the parties must file either: (1) a joint notice that he is not a minor or, (2) if he is a minor, a joint explanation why the parties have been using his full name in court filings in contravention of, *inter alia*, Rule 5.2(a) of the Federal Rules of Civil Procedure.

Second, the parties must promptly conduct a conference that complies with Rule 26(f) of the Federal Rules of Civil Procedure and must file a proposed discovery plan that complies with Local Rule 26-1 by October 25, 2019.

---

[1] The filing is entitled a joint status report "and Proposed Scheduling Order." Docket No. 16 at 1. This appears to be a scrivener's error, as no proposed scheduling order was included.

1

1   Third, the parties must meet-and-confer regarding a stipulated protective order to enter in
2   this case, as the Court is not inclined to adopt three separate orders that were entered over time
3   during the MDL proceedings.[2]  No later than October 24, 2019, the parties must file a proposed
4   stipulated protective order.[3,4]

IT IS SO ORDERED.

Dated: October 11, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

---

[2] The Court expresses no opinion herein as to the actual terms of those orders, but rather would prefer to adopt a single order that incorporates all relevant terms.

[3] This must be a stand-alone filing and not simply included within the proposed discovery plan.

[4] The joint status report references a host of other issues.  The Court expresses no opinion herein on any other issues identified in the joint status report.