ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

CHRISTOPHER J. NEUMANN, ESQ.
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email: neumannc@gtlaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE SPILOTRO, as Guardian ad litem for JASON DUENAS, <br><br> Plaintiff, <br><br> v. <br><br> C. R. BARD, INC.; BARD PERIPHERAL VASCULAR, INCORPORATED, <br><br> Defendants. | CASE NO. 2:19-cv-01586-KJD-BNW <br><br> **STIPULATION AND ORDER REGARDING WITHDRAWAL OF PLAINTIFF'S CLAIMS FOR EMPLOYMENT RELATED DAMAGES** |

The parties, Plaintiff STEPHANIE SPILOTRO, as Guardian ad litem for JASON DUENAS, ("Plaintiff") and Defendants, C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Bard"), by and through their undersigned counsel, hereby stipulate as follows pursuant to Fed. R. Civ. P. 15(a)(2):

/ / /

/ / /

/ / /

1

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1.     This case was part of a multi-district litigation proceeding styled, *In Re: Bard IVC Filters Products Liability Litigation, MDL 2641* ("MDL"), pending before Senior Judge David Campbell of the District of Arizona.

2.     Plaintiff originally filed her Second Amended Master Short Form Complaint for Damages for Individual Claims and Demand for Jury Trial (the "SAC") in the MDL. *See,* ECF No. 1. The SAC incorporates by reference the Master Complaint for Damages ("Master Complaint") filed in the MDL. *See, id.* at p. 1.

3.     The Master Complaint, a copy of which has been filed for reference in this action (see ECF No.46-1), contains a prayer for relief stating, "Plaintiffs demand judgment against Defendants for: . . .past and future lost wages and loss of earning capacity." *See, id.* at p. 63. The SAC incorporates this prayer for relief by reference. *See,* ECF No. 1, at p.1.

4.     Pursuant to Fed. R. Civ. Pro. 15(a)(2), the parties hereby stipulate to the withdrawal of Plaintiff's claims for employment related damages, under all counts set forth in the SAC and/or the Master Complaint, including past or future lost wages, past or future

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

*ACTIVE 49358898v3*

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

loss of earnings capacity, past or future loss of employment opportunities, past or future loss of educational opportunities, past or future loss of employment promotion and and/or other employment related losses.

**IT IS SO STIPULATED.**

Dated this 15th day of April 2020.

WETHERALL GROUP, LTD.

By:   */s/  Peter C. Wetherall*
PETER C. WETHERALL, ESQ.
Nevada Bar No. 4414
pwetherall@wetherallgroup.com
9345 W. Sunset Road, Suite 100
Las Vegas, Nevada 89148
Telephone: (702) 838-8500
Facsimile: (702) 837-5081
*Counsel for Plaintiffs*

Dated this 15th day of April 2020

GREENBERG TRAURIG, LLP

By:   */s/  Eric W. Swanis*
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

CHRISTOPHER J. NEUMANN, ESQ.*
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
*Admitted Pro Hac Vice*
*Counsel for Defendants*

**IT IS SO ORDERED.**

_____

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  4th day of August, 2020.

*ACTIVE 49358898v3*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

## **CERTIFICATE OF SERVICE**

I hereby certify that on **April 15, 2020**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

*/s/  Evelyn Escobar-Gaddi*

An employee of GREENBERG TRAURIG, LLP

4

*ACTIVE 49358898v3*