ERIC W. SWANIS, ESQ.
Nevada Bar No. 006840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:   swanise@gtlaw.com

LORI G. COHEN, ESQ.*
*Admitted Pro Hac Vice
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE
Suite 2500
Atlanta, Georgia  30305
Telephone: (678) 553-2385
Facsimile:  (678) 553-5386
Email:   cohenl@gtlaw.com

CHRISTOPHER J. NEUMANN, ESQ.*
CANDACE H. UDUEBOR, ESQ.*
*Admitted Pro Hac Vice
GREENBERG TRAURIG, LLP
1144 15th Street
Suite 3300
Denver, Colorado  80202
Telephone:  (303) 572-6500
Email:   neumannc@gtlaw.com
               udueborc@gtlaw.com

C. WADE BOWDEN, ESQ.*
*Admitted Pro Hac Vice
GREENBERG TRAURIG, LLP
777 South Flagler Drive
Suite 300 East
West Palm Beach, Florida  33401
Telephone:  (561) 650-7922
Email:   bowdenw@gtlaw.com

Counsel for Defendants

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE SPILOTRO, as Guardian ad litem for JASON DUENAS,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>Defendants. | Case No. 2:19-cv-01586-RFB-BNW |

## <u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL</u>

Defendants  C.  R.  Bard,  Inc.  and  Bard  Peripheral  Vascular,  Inc.  (collectively "Defendants" or "Bard") respectfully request that this Court permit the withdrawal of Candace

1

H. Uduebor ("Uduebor"), of the law firm Greenberg Traurig LLP and located in Denver, Colorado, as counsel for Defendants.  In support of this motion, Defendants state as follows:

1.    The above-captioned case is one of many that have been remanded to this District as a result of the *Suggestion of Remand and Transfer Order* from the District of Arizona in the *In Re:  Bard IVC Filters Product Liability Litigation*, MDL 2641 (October 17, 2019), and further remands ("Bard MDL").

2.    Greenberg Traurig was retained by Bard to provide legal representation in the Bard MDL remand cases in this District and Ms. Uduebor was assigned to a discrete number of cases which expanded over time as the number of cases remanded to the District of Nevada populated.

3.    In October 2021, Ms. Uduebor left the employ of Greenberg Traurig LLC.

4.    Greenberg Traurig will continue to represent Bard in this case by Eric W. Swanis and other attorneys, and Bard will not be prejudiced by the withdrawal of Uduebor.

5.    Ms. Uduebor has approved of the filing of this Motion for Leave to Withdraw as Counsel.

6.    This motion is necessary to comply with Local Rule 1A 11-2.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ACTIVE 61360890v1

For the foregoing reasons, Bard respectfully requests that the Court enter an order granting this motion and granting Ms. Uduebor leave to withdraw as counsel for Defendants in this case.

DATED this 17th day of November 2021.

GREENBERG TRAURIG, LLP

By:  /s/ Eric W. Swanis

ERIC W. SWANIS, ESQ.
Nevada Bar No. 006840
Email:  swanise@gtlaw.com

LORI G. COHEN, ESQ.*
*Admitted Pro Hac Vice
GREENBERG TRAURIG, LLP
Email:  cohenl@grlaw.com

CHRISTOPHER J. NEUMANN, ESQ.*
CANDACE H. UDUEBOR, ESQ.*
*Admitted Pro Hac Vice
GREENBERG TRAURIG, LLP
Email:  neumannc@gtlaw.com
           udueborc@gtlaw.com

C. WADE BOWDEN, ESQ.*
*Admitted Pro Hac Vice
GREENBERG TRAURIG, LLP
Email:  bowdenw@gtlaw.com

*Counsel for Defendants*

**IT IS SO ORDERED.**

Dated this 18th day of November, 2021.

BRENDA N. WEKSLER
United States Magistrate Judge

ACTIVE 61360890v1

1

## **<u>CERTIFICATE OF SERVICE</u>**

2      I hereby certify that on **November 17, 2021**, I caused the foregoing document to be

3 electronically filed with the Clerk of the Court using the CM/ECF system, which will send

4 notification of such filing to the CM/ECF participants registered to receive such service.

5

6                                    */s/ Evelyn Escobar-Gaddi*

7                           An employee of GREENBERG TRAURIG, LLP

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*ACTIVE 61360890v1*