ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

ELIZABETH C. HELM, ESQ.*
*Admitted Pro Hac Vice*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
kate.helm@nelsonmullins.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE SPILOTRO, as Guardian ad litem for JASON DUENAS,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>Defendants. | Case No. 2:19-cv-01586-RFB-BNW<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 11th day of May, 2022.

| | |
|---|---|
| **WETHERALL GROUP, LTD** | **NELSON MULLINS RILEY & SCARBOROUGH, LLP** |
| By: */s/ Peter C. Wetherall*<br>    (Signed with permission)<br>PETER C. WETHERALL, ESQ.<br>Nevada Bar No. 4414<br>9345 W. Sunset Road, Suite 100<br>Las Vegas, NV 89148<br>pwetherall@wetherallgroup.com | */s/ Elizabeth C. Helm*<br>ELIZABETH C. HELM, ESQ.*<br>*Admitted Pro Hac Vice*<br>Atlantic Station<br>201 17th Street, NW / Suite 1700<br>Atlanta, GA 30363<br>Email: kate.helm@nelsonmullins.com |
| *Counsel for Plaintiff* | ERIC W. SWANIS, ESQ. (NSB 6840)<br>**GREENBERG TRAURIG, LLP**<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>Email: swanise@gtlaw.com |
| | *Counsel for Defendants* |

**ORDER**

**IT IS SO ORDERED:**

Dated this 12th day of May, 2022.

_____
RICHARD F. BOULWARE, II
United States District Court

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on **May 11, 2022**, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

/s/ Elizabeth C. Helm
Elizabeth C. Helm